# EXHIBIT B

| | |
|---|---|
| **From:** | Matt Scott <matt.scott@scottperezlaw.com> |
| **Sent:** | Tuesday, September 18, 2018 11:08 AM |
| **To:** | Holt, Aaron A. |
| **Cc:** | Caelie Dunn; Carson Bridges; Javier Perez; Jose Arellano; Pam Lane |
| **Subject:** | Sprague |

Aaron-

I received the checks. As I previously indicated, my client does not authorize the filing on the agreed motion to dismiss. I understand from our discussions you are going to move to enforce. Once you do, we'll file a reply and hopefully get resolution to this one way or the other.

Thanks for your patience.

Matt



**Matthew R. Scott**
Scott | Perez LLP
900 Jackson Street, Suite 550
Dallas, Texas 75202
(214) 965-9675
matt.scott@scottperezlaw.com
www.spemploymentlawyers.com